STATE OF NEW JERSEY, DEPARTMENT OF LABOR AND
INDUSTRY, DIVISION OF EMPLOYMENT SECURITY v.
MARTIN LUTZ APPELLATE PRINTERS, INC.

March 17, 1980.

Petition for certification denied.

WILLIAM COLONIE v. GENERAL MOTORS CORPORATION.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH L. HAYBURN.

March 17, 1980.

Petition for certification denied.   (See 171 *N.J.Super.* 390)